JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
   -and-
STEVE W. BERMAN (*Pro Hac Vice* pending)
ARI Y. BROWN (*Pro Hac Vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
arib@hbsslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE and GREG BAYRAMIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | No. C 10-01458 SC<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) AND [~~PROPOSED~~] ORDER<br><br>ACTION FILED: April 6, 2010 |

- 1 -

PLEASE TAKE NOTICE that this action is dismissed by the Plaintiffs in its entirety. The dismissal is made pursuant to F.R.Civ.P. 41(a).

DATED: April 21, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
JEFF D. FRIEDMAN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

STEVE W. BERMAN (*Pro Hac Vice*)
ARI Y. BROWN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
(206) 623-7292
steve@hbsslaw.com
ari@hbsslaw.com

*Attorneys for Plaintiffs,
Suzanne and Greg Bayramian*

## [PROPOSED] ORDER

The Court, having reviewed the foregoing notice, hereby GRANTS the dismissal of this action in its entirety.

IT IS SO ORDERED.

DATED: 4/22/2010

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL – C 10-01458 SC               - 2 -

010176-12 365635 V1

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

2. That on April 21, 2010, declarant served the foregoing NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) AND [PROPOSED] ORDER by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on below:

> Bank of America, N.A. and BAC Home Loans Servicing, LP
> c/o Registered Agent CT Corporation System
> 818 West Seventh Street
> Los Angeles, CA 90017

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of April 2010, at Berkeley, California.

_____
PASHA DURANT